IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SE PROPERTY HOLDINGS, LLC, an
Ohio limited liability company,**

    **Plaintiff,**

v.                                                                                    CASE NO. 5:12-cv-155-RS-EMT

**IOLA HOLDINGS, LLC, WILLIAM J.
RISH, RALPH RISH, KARA MARIE
JOHNSON, OWNERS ASSOCIATION
OF SUNSET VILLAGE, INC., PNC BANK,
and CENTENNIAL BANK,**

    **Defendants.**
_____/

## ORDER

Before me are Defendant Kara Marie Johnson's Motion to Dismiss (Doc. 20) and Plaintiff's Response (Doc. 24).

In order to overcome a motion to dismiss, a plaintiff must allege sufficient facts to state a claim to relief that is plausible on its face. *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007). Granting a motion to dismiss is appropriate if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations of the complaint. *Hishon v. King & Spalding,* 467 U.S. 69, 104 S. Ct. 2229, 2232 (1984). I must construe all allegations in the complaint as true and in the light most favorable to the plaintiff. *Shands Teaching*

*Hosp. and Clinics, Inc. v. Beech Street Corp.*, 208 F.3d 1308, 1310 (11th Cir. 2000)(citing *Lowell v. American Cyanamid Co.,* 177 F.3d 1228, 1229 (11th Cir. 1999)).

Defendant asserts that the claims against her should be dismissed because she has no interest in the property Plaintiff seeks to foreclose.  The Verified Complaint states that "Defendant Johnson may claim some right, title or interest in the Property by virtue of her marriage to Defendant, RP Rish."  (Doc. 1, p. 12).  Although Defendant contends that she has no interest in the property, it would be premature to dismiss the claims against her at this stage in the proceedings.  When construing all allegations in the complaint as true, Defendant's motion to dismiss must be **DENIED**.

**ORDERED** on July 17, 2012.

                                                **/s/ Richard Smoak**
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**