IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SE PROPERTY HOLDINGS, INC.,
an Ohio limited liability company,

      Plaintiff,

v.                              CASE NO. 5:12-cv-155-RS-EMT

IOLA HOLDINGS, LLC, WILLIAM J.
RISH, RALPH P. RISH, KARA MARIE
JOHNSON, OWNERS ASSOCIATION
OF SUNSET VILLAGE, INC., and
CENTENNIAL BANK

      Defendants.
_____/

## ORDER

The relief requested in Defendants Iola Holdings, LLC, William J. Rish, and Ralph Rish's Motion for Extension of Time to File Amendment to the Pleadings for Good Cause (Doc. 56) and Motion to Add Additional Affirmative Defense (Doc. 57) is **DENIED**. Defendants wish to add an affirmative defense of "unclean hands" because of information learned from the Scott Robertson deposition. This deposition was taken in another case, *SE Property Holdings, LLC v. Randall McElheney, at al.,* Case No. 5:12-cv-140-RS-CJK, on October 3, 2012. This deposition was only for that case as documented by the emails between counsel for the parties:

> Douglas L. Smith: "Josh and Mory- We did the Notice only as to case 140. Did you all want us to go ahead and notice for the other cases, or just leave those hanging? We are fine either way. Please Advise. Thanks. Doug."
>
> Mory Jones: "Let's leave the other cases – the depo will be for case 140 only. Thanks."

(Doc. 58, p. 9). Additionally, the new information Defendants wish to use for their "unclean hands" defense does not apply to the loans in this case. (Doc. 58, p. 12-15).

Lastly, the deadline to amend pleadings was October 5, 2012. The deposition was taken on October 3, 2012. Defendants first brought up the issue on an additional affirmative defense on October 18, 2012, but failed to file a motion to extend time or add additional affirmative defenses until October 29, 2012—twenty-six days after the deadline without stating good cause for the delay. This was also after Plaintiff had moved for summary judgment and after Defendants responded. Therefore, the motions are **DENIED**.

**ORDERED** on October 31, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**